CHICAGO, R. I. & G. RY. CO. et al. v.
TROUT. (No. 2–2545.)

(Commission of Appeals of Texas, Section B.
Feb. 12, 1919.)

On motion for rehearing. Motion denied.
For former opinion, see 206 S. W. 829, which
reversed judgment found in 152 S. W. 1137.

SADLER, J. We have carefully consider-
ed the motion for rehearing in this cause and
the very lengthy argument of counsel for
defendant in error in support thereof.

In our original investigation, we care-
fully considered every contention of the
parties, and the motion presents no new view
of the facts or law. The petition of plain-
tiff was offered and admitted in evidence for
the purpose of showing only what the plead-
ings were originally.

The special charge requested by defendant
Railway Company followed a refused peremp-
tory charge asked by them, and in view of
the record did not invite error.

The motion should be overruled.

PHILLIPS, C. J. The recommendation of
the Commission of Appeals on this motion
is adopted. The motion is accordingly over-
ruled.

⚲═For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes